**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-11700-MDC |
| | § | |
| GHBC JENKINTOWN, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gary F. Seitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $176.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,085,457.05 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $189,542.95 | | |

3) Total gross receipts of $1,275,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,275,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,539,059.60 | $1,476,853.47 | $1,055,457.05 | $1,055,457.05 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $208,561.25 | $208,330.25 | $189,542.95 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $139,342.00 | $184,037.54 | $184,037.54 | $30,000.00 |
| **Total Disbursements** | $1,678,401.60 | $1,869,452.26 | $1,447,824.84 | $1,275,000.00 |

4). This case was originally filed under chapter 7 on 03/14/2016. The case was pending for 56 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/17/2020</u>     By:  <u>/s/ Gary F. Seitz</u>
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 208-210 York Road Jenkintown, PA 19406 Fee Simple $0.00 | 1110-000 | $1,275,000.00 |
| **TOTAL GROSS RECEIPTS** | | $1,275,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Woori America Bank | 4110-000 | $1,514,059.60 | $1,476,853.47 | $1,055,457.05 | $1,055,457.05 |
| | Richard Hutchins | 4110-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,539,059.60 | $1,476,853.47 | $1,055,457.05 | $1,055,457.05 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gary F. Seitz, Trustee | 2100-000 | NA | $61,501.05 | $61,501.05 | $42,713.75 |
| Gary F. Seitz, Trustee | 2200-000 | NA | $102.60 | $102.60 | $102.60 |
| TRUSTEE INSURANCE AGENCY | 2420-000 | NA | $6,969.57 | $6,969.57 | $6,969.57 |
| Closing costs | 2500-000 | NA | $37,114.47 | $37,114.47 | $37,114.47 |
| Jenkintown Montco | 2500-000 | NA | ($35.16) | ($35.16) | ($35.16) |
| Pinnacle Bank | 2600-000 | NA | $166.64 | $166.64 | $166.64 |
| court approved fees, Attorney for Trustee | 3110-000 | NA | $19,782.00 | $19,782.00 | $19,782.00 |
| court approved expenses, Attorney for Trustee | 3220-000 | NA | $488.06 | $488.06 | $488.06 |
| BEDERSON LLP, Accountant for Trustee | 3410-000 | NA | $5,777.00 | $5,546.00 | $5,546.00 |
| BEDERSON LLP, Accountant for Trustee | 3420-000 | NA | $195.02 | $195.02 | $195.02 |
| real estate commission, Realtor | 3510-000 | NA | $76,500.00 | $76,500.00 | $76,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| for Trustee | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $208,561.25 | $208,330.25 | $189,542.95 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Cama Sdira LLC | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 1; Cama Sdira LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $21,891.81 |
| 2 | William Erat | 7100-000 | $0.00 | $37,037.54 | $37,037.54 | $8,108.19 |
| 4 | John Devine Plumbing | 7200-000 | $39,342.00 | $47,000.00 | $47,000.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $139,342.00 | $184,037.54 | $184,037.54 | $30,000.00 |

FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 16-11700-MDC | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | GHBC JENKINTOWN, LLC | Date Filed (f) or Converted (c): | 03/14/2016 (f) |
| For the Period Ending: | 12/17/2020 | §341(a) Meeting Date: | 04/14/2016 |
| | | Claims Bar Date: | 06/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  208-210 York Road Jenkintown, PA 19406 Fee Simple $0.00 | $1,275,000.00 | $110,940.40 | | $1,275,000.00 | FA |
| Asset Notes:   Express loan and mortgage - sale price is less that first priority secured creditor Woori liens - carve out with Woori Bank = 6% commission, Trustee professionals, $30,000 for unsecured creditors, trustee commission | | | | | |
| 2  Business Checking Last 4 digits of Acc# : 2482 Philadelphia Federal Credit Union Business Checking 2482 | $74.00 | $74.00 | | $0.00 | FA |
| Asset Notes:   Negative post petition balance | | | | | |
| 3  Checking Last 4 digits of Acc# : 2162 Woori Ameriac Bank Checking 2162 | $102.00 | $102.00 | | $0.00 | FA |
| Asset Notes:   Negative post petition balance | | | | | |
| 4  Unscheduled personal property (u) - tax refunds | $0.00 | $35.16 | | $0.00 | FA |
| Asset Notes:   Jenkintown Montco | | | | | |
| TOTALS (Excluding unknown value) | $1,275,176.00 | $111,151.56 | | $1,275,000.00 | Gross Value of Remaining Assets $0.00 |

**Major Activities affecting case closing:**

11/24/2020

11/24/2020 TDR provided to OUST

9/30/2020 Reissued checks to clerk of court for unclaimed finds.  Submit TDR with zero bank balance

6/28/20  Distribution pending

3/30/20  Distribution approved and underway

12/23/2019 ReSubmit TFR to OUST

6/3/2019  Upon notification of the Philadelphia field office, the matter regarding the Benderson LLC accountant fee applications has been resolved.  Pursuant to the attached order, the following estates may receive a refund from fees paid to the accounting firm.  Therefore, we will be returning the TFRs to you and request that you resubmit once the case administration is complete.

9/30/2017 - follow-up re various claims -

6/29/17  Request profsl fee apps; review claims; work op TFR

3/30/2017  Sale closed - request final tax returns

12/30/2016 AOS appv'd Bktcy Order 10/18/2016, Commitment letter deadline: 11/21/2016, Inspection Period End: 11/21/2016, Closing Deadline 12/20/2016, Buyer has extended at buyer's election at buyer's cost.

09/30/2016 Sale negotiations underway with interested parties 06/30/2016  Market business real estate for sale.

03/30/2016  Engage professionals to sell business real estate - negotiate carve out with secured creditor

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/30/2017 | /s/ GARY F. SEITZ |
| Current Projected Date Of Final Report (TFR): | 12/30/2017 | GARY F. SEITZ |

**FORM 2**

Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-11700-MDC |
| Case Name: | GHBC JENKINTOWN, LLC |
| Primary Taxpayer ID #: | **-***9814 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/14/2016 |
| For Period Ending: | 12/17/2020 |

| | |
|---|---|
| Trustee Name: | Gary F. Seitz |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0123 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2017 | | Commonwealth Land title fbo Neshcre Holdings LLC | Sales Proceeds 210 York Rd | * | $105,928.48 | | $105,928.48 |
| | {1} | | ct approved sale price          $1,275,000.00 | 1110-000 | | | $105,928.48 |
| | | | secured claim          $(1,055,457.05) | 4110-000 | | | $105,928.48 |
| | | | real estate commission          $(76,500.00) | 3510-000 | | | $105,928.48 |
| | | | Closing costs          $(37,114.47) | 2500-000 | | | $105,928.48 |
| 03/13/2017 | 1001 | TRUSTEE INSURANCE AGENCY | 208-210 Old York Rd., Jenkintown, PA 19046 - insurance | 2420-000 | | $6,969.57 | $98,958.91 |
| 03/17/2017 | | Jenkintown Montco | tax refund from over payment at closing | 2500-000 | | ($35.16) | $98,994.07 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $166.64 | $98,827.43 |
| 05/11/2018 | | PINNACLE BANK | Serv Chg(in Debit ttl) | 2600-000 | | $5.00 | $98,822.43 |
| 08/12/2019 | | Pinnacle Bank | Reversing the Bank Debit Entry made on 5/11/2018 | 2600-000 | | ($5.00) | $98,827.43 |
| 11/04/2019 | 1002 | GELLERT SCALI BUSENKELL & BROWN LLC | Court approved fees and expenses | * | | $20,270.06 | $78,557.37 |
| | | | court approved expenses          $(488.06) | 3220-000 | | | $78,557.37 |
| | | | court approved fees          $(19,782.00) | 3110-000 | | | $78,557.37 |
| 03/30/2020 | 1003 | BEDERSON LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 0.24; Notes: 08/08/2017  DI   53 Order Granting Application For Compensation Granting for Bederson & Company, LLP, fees awarded: $5777.00, expenses awarded: $195.02; Amount Claimed: 19 | 3420-000 | | $195.02 | $78,362.35 |
| 03/30/2020 | 1004 | Gary F. Seitz | Trustee Compensation | 2100-000 | | $42,713.75 | $35,648.60 |
| 03/30/2020 | 1005 | Gary F. Seitz | Trustee Expenses | 2200-000 | | $102.60 | $35,546.00 |
| 03/30/2020 | 1006 | BEDERSON LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 7.05; Notes: 08/08/2017  DI   53 Order Granting Application For Compensation Granting for Bederson & Company, LLP, fees awarded: $5777.00, expenses awarded: $195.02  Fee voluntarily re | 3410-000 | | $5,546.00 | $30,000.00 |
| | | | | **SUBTOTALS** | $105,928.48 | $75,928.48 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11700-MDC | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | GHBC JENKINTOWN, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9814 | | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2020 | 1007 | Cama Sdira LLC | Account Number: ; Claim #: 1; Distribution Dividend: 21.89; Dividend: 27.86; Notes: Second priority secured claim out of the money request to be treated as unsecured.; Amount Claimed: 100,000.00; Amount Allowed: 100,000.00; | 7100-000 | | $21,891.81 | $8,108.19 |
| 03/30/2020 | 1008 | William Erat | Account Number: ; Claim #: 2; Distribution Dividend: 21.89; Dividend: 10.32; Notes: (2-1) Money Loaned; Amount Claimed: 37,037.54; Amount Allowed: 37,037.54; | 7100-000 | | $8,108.19 | $0.00 |
| 07/28/2020 | 1007 | STOP PAYMENT: Cama Sdira LLC | Stop Payment for Check# 1007 | 7100-000 | | ($21,891.81) | $21,891.81 |
| 07/28/2020 | 1009 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $21,891.81 | $0.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $383.10 | ($383.10) |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($383.10) | $0.00 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $32.53 | ($32.53) |
| 09/01/2020 | | Pinnacle Bank | Reverse bank fee | 2600-000 | | ($32.53) | $0.00 |
| 10/27/2020 | 1009 | STOP PAYMENT: Clerk, US Bankruptcy Court | Stop Payment for Check# 1009 | 7100-000 | | ($21,891.81) | $21,891.81 |
| 10/27/2020 | 1010 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $21,891.81 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $30,000.00 |
|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11700-MDC | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | GHBC JENKINTOWN, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9814 | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/14/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | TOTALS: | $105,928.48 | $105,928.48 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  | Subtotal | $105,928.48 | $105,928.48 | |
|  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  | Net | $105,928.48 | $105,928.48 | |

**For the period of 3/14/2016 to 12/17/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,275,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,275,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,275,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,275,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/27/2017 to 12/17/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,275,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,275,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,275,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,275,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No. | 16-11700-MDC | | Trustee Name: | Gary F. Seitz |
| Case Name: | GHBC JENKINTOWN, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9814 | | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $105,928.48 | $105,928.48 | $0.00 |

| For the period of 3/14/2016 to 12/17/2020 | | For the entire history of the case between 03/14/2016 to 12/17/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,275,000.00 | Total Compensable Receipts: | $1,275,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,275,000.00 | Total Comp/Non Comp Receipts: | $1,275,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,275,000.00 | Total Compensable Disbursements: | $1,275,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,275,000.00 | Total Comp/Non Comp Disbursements: | $1,275,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GARY F. SEITZ

GARY F. SEITZ